## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pennington, Sharon M

Printed: 12/02/08

Case Number:  07 B 20078
Judge:  Hollis, Pamela S
Filed:  10/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 20, 2008
Confirmed:  January 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,892.00 |
| Trustee Fee: | | 108.00 |
| Other Funds: | | 0.00 |
| Totals: | 2,000.00 | 2,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 1,892.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | CCO Mortgage/RBS Citizens | Secured | 20,526.50 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 403.86 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 285.45 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,003.50 | 0.00 |
| 9. | Capital One | Unsecured | 1,595.64 | 0.00 |
| 10. | Aaron Rents | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 26,628.95 | $ 1,892.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
| | $ 108.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pennington, Sharon M

Printed: 12/02/08

Case Number:  07 B 20078
Judge:  Hollis, Pamela S
Filed:  10/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

